■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI WILLIAMS, Appellant. [677 NYS2d 389] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Robinson, J.), rendered November 8, 1993, convicting him of murder in the second degree, criminal possession of a weapon in the second degree (two counts), and criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant claims that the court erred when it failed to sustain his challenge for cause to two prospective jurors. The record, however, is insufficient to review this claim.

The defendant's sentence was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Krausman, McGinity and Luciano, JJ., concur.